UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PRIANTA R. GRISWOLD,<br><br>                Plaintiff,<br><br>    v.<br><br>QWEST COMMUNICATIONS, QWEST DISABILITY SERVICES, UNITED HEALTHCARE, QWEST PLAN ADMINISTRATOR, and RANI DODSON, Appeals Specialist,<br><br>                Defendant. | Case No. 1:10-CV-491-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

       This case was reassigned by a Magistrate Judge for dismissal. In the Court's IFP Order and Initial Review (Dkt. 5), the Court granted Plaintiff IFP status and ordered that she pay the filing fee in $25 monthly increments starting on November 15, 2010, and paid in full by April 15, 2011. Plaintiff was also instructed to provide the United States Marshall's Office with service addresses for the defendants by November 20, 2010, and that service of the Complaint must be accomplished by January 27, 2011.

       Plaintiff has not paid any filing fee payment due in accordance with the Court's IFP Order and Initial Review (Dkt. 5), and there is no indication that she has provided the United States Marshal with any service addresses. There are no affidavits of service filed indicating service was accomplished. Accordingly, there is no indication that Plaintiff

intends to pursue her claims and this action must be dismissed.

## ORDER

**IT IS ORDERED:**

1. This case shall be **DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE**.



DATED: **May 3, 2011**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge